UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL DENARD WHITFIELD, #00015783, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:21-CV-3048-X-BK |
| v. | § § | |
| ASSISTANT WARDEN MCCAIN, et al., | § § § | |
| *Defendant.* | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 15]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 14th day of February 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1